UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

FILED
SEP 22 2005
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CAUSE NO. **2:05CR148RL** |
| v. | ) | |
| | ) | 18 U.S.C. §1028(a)(7) |
| ASIA LATISHE HURT | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

Between in or about October 2001 and continuing through in or about April 2002, in the Northern District of Indiana, Hammond Division, and elsewhere,

**ASIA LATISHE HURT,**

defendant herein, did knowingly use in and affecting interstate commerce, without lawful authority, a means of identification of another person, that being the name, date of birth, and Social Security number of S.L.W., an individual known to the grand jury, to obtain a credit card from Capital One, Virginia, which was delivered through the United States mail to the State of Indiana, with the intent to commit an unlawful activity which constituted a violation of federal law, to wit: mail fraud pursuant to Title 18, United States Code, Section 1341; credit card fraud pursuant to Title 18, United States Code, Section 1029(a)(2); and bank fraud pursuant to Title 18, United States Code, Section 1344, and by such conduct the defendant did obtain items of value

aggregating $1,000.00 or more during a one (1) year period;

All in violation of Title 18, United States Code, Section 1028(a)(7).

A TRUE BILL:

/s/ Foreperson
FOREPERSON

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

By: /s/ Randall M. Stewart
Randall M. Stewart
Assistant United States Attorney
Northern District of Indiana