# United States District Court

## NORTHERN DISTRICT OF INDIANA

FILED

05 SEP 28 PM 2:55

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V. | WARRANT FOR ARREST |
| ASIA LATISHE HURT | CASE NUMBER: 2:05cr148<br><br>(SEALED UNTIL ARREST) |

**To:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ASIA LATISHE HURT and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Fraud with Identification Documents

in violation of Title 18 United States Code, Section(s) 1028(a)(7)

| | |
|---|---|
| STEPHEN R. LUDWIG<br>Name of Issuing Officer | CLERK, U.S. DISTRICT COURT<br>Title of Issuing Officer |
| /s/ Edward Ciba<br>Signature of Issuing Officer<br>Deputy Clerk | September 23, 2005 at Hammond, Indiana<br>Date and Location |
| Bail fixed at $ 20,000 Unsecured | By Paul R. Cherry, U.S. Magistrate Judge<br>Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at Hammond Federal Building - USMS Office

| DATE RECEIVED 09-28-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9-28-05 | William Heorich US Postal Insp. | /s/ W. Kepler |